UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff,

-against-

CEDRICK SWINSON Defendant.

23 MAG 3646

ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION

Upon the oral motion of SERGUEI AKITI, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of SEE Attachment; and that his/her contact information is as follows (please print):

Applicant's Name: SERGUEI AKITI

Firm Name: Lowther Walker

Address: 101 Marietta St NW, Ste 3325

City / State / Zip: Atlanta, GA 30303

Telephone / Fax: 404-496-4052 / 866-819-7859

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Cedrick Swinson in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: 5/30/2023

Kathan H Parker

United States District / Magistrate Judge



# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Serguel Akiti

Admission date: 12/21/2022

was admitted to practice in this court
and is in good standing.

Dated: February 23, 2023    *Jeffrey P. Colwell*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Serguel Akiti

was duly qualified and admitted on July 31, 2019 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 31, 2023.*

JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

## Court Admissions - Serguel Akiti

| Court Admission | Date | Status |
|---|---|---|
| US District Court for the District of Columbia | 03/06/2023 | Active |
| US District Court for the District of New Mexico | 01/25/2023 | Active |
| US District Court for the Eastern District of Wisconsin | 01/10/2023 | Active |
| US District Court for the District of Colorado | 12/21/2022 | Active |
| Superior Court of the District of Columbia | 07/31/2019 | Active |

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: May 30, 2023 4:14PM

SERGUEL AKITI

| Rcpt. No: 16804 | | Trans. Date: May 30, 2023 4:14PM | | | Cashier ID: #EN |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 111 | Pro Hac Vice | DNYS123CF072390 /000<br>FUND FOR BENEFIT OF BENCH AND BAR | 1 | 200.00 | 200.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $200.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $200.00 |
| Total Tendered: | $200.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 23MJ3646 KHP

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.